IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Keith Kohler,                                    :
                                    Petitioner    :
                                                 :
        v.                                       :
                                                 :
Department of Human Services,              :
                             Respondent   :        No. 1656 C.D. 2015

**O R D E R**

NOW, June 10, 2016, upon consideration of petitioner's application for reconsideration, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge